IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>IVEY GRANT,<br>    Defendant. | CRIMINAL FILE NO.<br>1:09-CR-482-5-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 81] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements and Motion to Suppress Wiretap Evidence [Doc. 81 & 130]. The motions should be denied for the reasons set forth in the thorough and well-reasoned Report and Recommendation. No useful purpose would be served in simply restating the facts and law contained in the Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements and Motion to Suppress Wiretap Evidence [Doc. 81 & 130] are DENIED.

SO ORDERED, this 28 day of June, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge