IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL FILE NO. 1:09-CR-482-5-TWT |
| IVEY GRANT, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 417] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 401]. The Defendant's Objections to the Report and Recommendation largely consist of verbatim repetitions of the arguments the Defendant made in his Motion to Vacate Sentence. His arguments that trial counsel was ineffective in failing to persuade him to plead guilty or to request a bench trial upon stipulated evidence are totally without merit. They are based totally upon what he might have done under different circumstances and knowing now how his trial and sentencing hearing actually turned out. It is too bad that the Court cannot resentence the Defendant and add some additional time for ingratitude and extraordinary lack of acceptance of responsibility. The Court approves and adopts the

Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 401] is DENIED.

SO ORDERED, this 8 day of October, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge