IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

IVEY GRANT,

  Defendant.

CRIMINAL FILE NO.
1:09-CR-482-5-TWT

**ORDER**

This is a criminal action. It is before the Court on the pro se Defendant's Motion for Reduction of Sentence [Doc. 472]. The Defendant is not entitled to any relief under Amendment 794 because it does not have the effect of changing the Defendant's sentence. In addition, the motion is in substance a successive Motion to Vacate Sentence under 28 U. S. C. § 2255 for which the Defendant must obtain permission from the Court of Appeals to file. The Defendant's Motion for Reduction of Sentence [Doc. 472] is DENIED. The Government's Motion to Dismiss [Doc. 476] is GRANTED. The Defendant's Motion to Take Judicial Notice [Doc. 478] is DENIED.

SO ORDERED, this 1 day of September, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge