ND/GA PROB 12D
(8/13)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 01 2020

JAMES N. HATTEN, Clerk
By: /s/ _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

## Petition and Order to Terminate Supervised Release

Name of Offender: **Ivey Grant**                                  Docket No. **1:09CR00482-05-TWT**

Name of Sentencing Judicial Officer:  **Honorable Thomas W. Thrash**
                                       **Chief U.S. District Court Judge**

Date of Original Sentence: **November 22, 2011**

| | |
|---|---|
| Original Offense: | **Conspiracy to Possess with the Intent to Distribute at Least 100 kilograms of Marijuana, 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(vii) and 846** |
| Original Sentence: | **One-Hundred Eight (108) months imprisonment followed by five (5) years of supervised release. The following special conditions were ordered: DNA testing; shall not illegally possess a controlled substance; firearm restrictions; shall participate in a drug/alcohol treatment program; and search and seizure.** |

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **September 6, 2018**

Assistant U.S. Attorney: **Jeffrey W. Davis**          Defense Attorney: **L. Burton Finlayson**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Grant began his term of supervised release in the Northern District of Georgia on September 6, 2018, and is set to terminate on September 5, 2023. Since his release, Mr. Grant has maintained stability in our district by securing a fixed place of residency and stable employment. As of this writing, Mr. Grant has remained complaint with the standard and special conditions of supervised release without any reported violations.

Mr. Grant's case is currently being supervised as a low risk offender. In review of his progress and good faith efforts to adhere to the conditions set forth by this court, this officer is requesting the remainder of his supervised release be terminated. The U.S. Attorney's Office was contacted and indicated no objection to early termination being granted in this case.

PRAYING THAT THE COURT WILL ORDER the remainder of the Supervised Release imposed upon Ivey Grant in the above case be terminated.

/s/ *Hattie Wilson*          05/28/2020
_____     _____
Hattie S. Wilson                    Date
Sr. U. S. Probation Officer

_____  6/30/2020
T. Phillip Weaver                          Date
Supervising U. S. Probation Officer

**THE COURT ORDERS:**

☒ Supervision Terminated

☐ Other

_____
Honorable Thomas W. Thrash
Chief U.S. District Court Judge

   7/1/20
_____
Date